IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DIEGO RANGEL, | * |
|     Plaintiff, | * |
| vs. | *   CASE NO. 3:19-CV-47 (CDL) |
| PRECISION LANDSCAPE MANAGEMENT, LLC and CHAD KELLER, | * |
| | * |
|     Defendants. | * |

O R D E R

The parties filed a joint motion to approve their settlement agreement. Having reviewed the settlement agreement, the Court finds that the agreed-upon terms and conditions, as specifically set out in the settlement agreement, constitute a "fair and reasonable resolution of a bona fide dispute over [Fair Labor Standard Act] provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982) (describing standard for approval of FLSA settlement agreements). Accordingly, the motion to approve the settlement agreement (ECF No. 23) is granted.

IT IS SO ORDERED, this 18th day of January, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA